IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIXIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 25-478 (RGA) |
| AZURITY PHARMACEUTICALS, INC., | ) |
| AZURITY PHARMACEUTICALS INDIA | ) |
| LLP, SLAYBACK PHARMA LLC, and | ) |
| SLAYBACK PHARMA INDIA LLP, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that (1) the deadline for Plaintiff Exelixis, Inc. ("Exelixis") to file its answering briefs in opposition to Defendants Azurity Pharmaceuticals India LLP, Azurity Pharmaceuticals, Inc., and Slayback Pharma LLC's (together, "Azurity") Motions for Judgment on the Pleadings (D.I. 42 and D.I. 44) is extended to August 25, 2025, and (2) the deadline for Azurity to file its reply briefs is extended to September 15, 2025.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Anthony D. Raucci* | */s/ Kenneth L. Dorsney* |
| Rodger D. Smith (#3778)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiff Exelixis, Inc.* | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants Azurity Pharmaceuticals India LLP, Azurity Pharmaceuticals, Inc., and Slayback Pharma LLC* |

August 1, 2025

SO ORDERED this  1st  day of  August , 2025.

　　　　　　　　　　　　　　　　 /s/ Richard G. Andrews
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2